UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANTHONY J. DAVIS,                    )
                                     )   No.  CV-12-0216-CI
               Plaintiff,            )
                                     )
v.                                   )   ORDER GRANTING STIPULATED
                                     )   MOTION TO REMAND PURSUANT TO
MICHAEL J. ASTRUE,                   )   SENTENCE FOUR OF 42 U.S.C.
Commissioner of Social               )   § 405(g)
Security,                            )
                                     )
               Defendant.            )

     BEFORE THE COURT is the parties' stipulated Motion to Remand
the above-captioned matter to the Commissioner for additional
administrative proceedings pursuant to sentence four of 42 U.S.C.
§ 405(g).   ECF No. 19.   Attorney Maureen Rosette represents
Plaintiff; Special Assistant United States Attorney Erin Highland
represents Defendant.   The parties have consented to proceed before
a magistrate judge.   ECF No. 6.   After considering the file and
proposed order,

     **IT IS ORDERED:**

     1.   The parties' Motion to Remand, **ECF No. 19,** is **GRANTED**.
The above-captioned case is **REVERSED** and **REMANDED** to the
Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   On
remand, the administrative law judge (ALJ) will give Plaintiff an
opportunity for a hearing; obtain additional evidence as necessary;
re-evaluate the severity of Plaintiff's mental impairments; re-

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  evaluate the medical opinions; obtain medical expert testimony if
2  warranted; and re-evaluate Plaintiff's residual functional capacity.
3      2.   Judgment shall be entered for the **PLAINTIFF**.
4      3.   Plaintiff's Motion for Summary Judgment, **ECF No. 16,** is
5  stricken as moot.
6      4.   An application for attorney fees may be filed by separate
7  motion.
8      The District Court Executive is directed to enter this Order,
9  forward copies to counsel, and thereafter shall close this file.
10     DATED January 22, 2013.

12          S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2